Norbert Martynowitz, appellant, v. Henry Pensagraw, appellee. Gen. No. 27,784.

Action of replevin for recovery of automobile taken on writ by bailiff of municipal court and delivered to plaintiff. Judgment for defendant that he recover the automobile and that writ of *retorno habendo* issue. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923.

A. M. Smietanka and Luther D. Swanstrom, for appellant. A. M. Loeser and Fred Weinman, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Theodore Weiss, appellee, v. Lillian Pringle and Agnes Pringle, appellants. Gen. No. 27,796.

Action of forcible detainer to recover possession of apartment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923.

Nichols & Nelson, for appellants. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

C. W. Braithwaite Company, for use of Stanley Rogers Company, appellee, v. Edward Lasham Company, appellant. Gen. No. 27,643.

Claim for failure to deliver bales of cloth, against a common carrier. Directed verdict and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 7, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Charles G. Hutchinson, for appellant; George B. Cohen, of counsel. Charles P. Schwartz, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Isaac Weisberg and Eda Weisberg, appellees, v. Otto Moesing, appellant. Gen. No. 27,793.

Suit in forcible detainer for possession of residence. Instructed verdict and judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed and remanded. Opinion filed June 20, 1923.

Charles F. Vogel, for appellant. Hyman Soboroff, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Andrew Ryder, plaintiff in error. Gen. No. 27,945.

Conviction for petit larceny. Sentenced to house of correction for one year and fine of $100 and costs. Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 25, 1923.